# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> NENITA CARRISOZA-DURBIN, <br> Defendant, | Case No. 22-CR-1110-JLS <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**GOOD CAUSE HAVING BEEN SHOWN**, this Court grants the above-entitled motion.

**IT IS ORDERED** that the motion hearing/trial setting currently set for July 20, 2022 at 1:30 p.m. be continued to September 30, 2022 at 1:30 p.m. Time is excluded pursuant to the Speedy Trial Act.

**IT IS SO ORDERED**.

Dated: July 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge